**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Cameron Regan, et al.
Plaintiff,
v.
Christopher F. Adolf, et al.
Defendant.

Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2025:

MINUTE entry before the Honorable Joan B. Gottschall: Defendants move [35] to enjoin plaintiffs from pursuing Illinois Freedom of Information Act requests for material related to the events at issue in this litigation. Defendants rely on Illinois substantive and procedural law, specifically Illinois Rule of Professional Conduct 4.2 and, among other cases, Zemater v. Waterman, 157 N.E.3d 1069 (Ill. App. Ct. 2nd Dist. 2020). Defendants' motion [35] is denied because defendants do not discuss the preliminary injunction standard or attempt to show that they are likely to succeed on the merits, that there is no adequate remedy at law, and that the balance of hardships favors them. See generally Fed. R. Civ. P. 65; Winter v. Nat'l Res. Defense Council, 555 U.S. 7, 20−24 (2008). If they wish, defendants may refile their motion on or before May 6, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.