**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Cameron Regan, et al.
Plaintiff,
v. Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall
Christopher F. Adolf, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2025:

MINUTE entry before the Honorable Joan B. Gottschall: Enter order. For the reasons stated in the order, defendants' renewed motion [37] for an order under Model Rule 4.2 and this court's Local Rule 83.50 is denied. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.