**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS IMPAGLIAZZO and<br>CAMERON REGAN, | ) | |
| Plaintiffs, | ) | Case No.: 1:24-cv-08420 |
| v. | ) | Hon. Judge Joan B. Gottschall<br>Magistrate Judge Jeffrey T. Gilbert |
| SDR GARAGE INC., *et. al.* | ) | |
| Defendants. | ) | |

**DEFENDANTS' SDR GARAGE INC. AND FRANCIS REYES MOTION FOR AN EXTENSION OF TIME TO RESPOND OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

NOW COME the DEFENDANTS, SDR GARAGE INC. and FRANCIS JOSEPH Y. REYES, hereby moving this Honorable Court for an extension of time to respond or otherwise plead to PLAINTIFFS' Complaint. In Support thereof:

On September 18, 2025, Blake Horwitz, of The Blake Horwitz Law Firm, Ltd., entered his appearance on behalf of DEFENDANTS SDR GARAGE INC. and FRANCES REYES, whose former attorney, Andrew A. Brashler, withdrew on September 22, 2025.

Counsel for DEFENDANTS SDR GARAGE INC. and FRANCES REYES was recently retained on this matter. As such, defense counsel needs additional time, i.e., 28 days from the current responsive pleading deadline, in which to investigate the allegations set forth in PLAINTIFFS' Complaint and file a responsive pleading. DEFENDANTS SDR GARAGE INC. and FRANCES REYES do not bring this Motion for purposes of delay or for any other inappropriate purpose.

For the foregoing reason, DEFENDANTS SDR GARAGE INC. and FRANCIS REYES respectfully request an extension of time to October 21, 2025, to respond or otherwise plead to

PLAINTIFFS' complaint.

WHEREFORE, DEFENDANTS respectfully request that this Honorable Court grant DEFENDANTS' motion.

Respectfully submitted,

***/s/Blake Horwitz***
Attorney for Defendants SDR Garage, Inc.
& Francis Reyes

**The Blake Horwitz Law Firm, Ltd.**
Blake Horwitz, Esq.
216 S. Jefferson Street, Suite 101
Chicago, IL 60661
Phone: (312) 676-2100
Fax: (312) 445-8741

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS IMPAGLIAZZO and<br>CAMERON REGAN, | )<br>) | |
| | ) | Case No.: 1:24-cv-08420 |
| Plaintiffs, | ) | |
| | ) | Hon. Judge Joan B. Gottschall |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| SDR GARAGE INC., *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, I served the above and foregoing **Defendants' Motion for Extension of Time** on all Parties on record using the ECF filing system.

Respectfully submitted,

***/s/Blake Horwitz***
Attorney for Defendants SDR Garage, Inc.
& Francis Reyes

**The Blake Horwitz Law Firm, Ltd.**
Blake Horwitz, Esq.
216 S. Jefferson Street, Suite 101
Chicago, IL 60661
Phone: (312) 676-2100
Fax: (312) 445-8741
bhorwitz@bhlfattorneys.com