# Exhibit C

Gmail

**Sergio Moreno <smoreno@bhlfattorneys.com>**

# 1:24-cv-08430, Regan et al. v. Adolf et al., Proposed Joint Initial Status Report

**Louis Impagliazzo** <imp@gliazzo.com> 30 September 2025 at 12:32
To: Blake Horwitz <bhorwitz@bhlfattorneys.com>, "Eric A. Krumdick" <ekrumdic@travelers.com>, Cameron Regan <regan@windypixel.com>, Sergio Moreno <smoreno@bhlfattorneys.com>

Good afternoon,

Just a friendly reminder that I still need everyone's position on the Joint Initial Status Report by the end of the day, preferably by returning the document with any contrary positions noted and the respective discovery schedule column filled in. Thanks!

Regards,
Louis Impagliazzo

On Mon, Sep 29, 2025 at 2:45 PM Louis Impagliazzo <imp@gliazzo.com> wrote:

> Hello all,
>
> Please find attached the draft Joint Initial Status Report that I have prepared.
>
> Please review, insert your proposed discovery dates in the table, and add your signature blocks. As the report is due tomorrow, I would appreciate receiving your input by tomorrow afternoon so I can finalize and file it with the court tomorrow.
>
> Please let me know if you have any proposed additions or revisions.
>
> Regards,
> Louis Impagliazzo