# Exhibit D

Gmail

Sergio Moreno <smoreno@bhlfattorneys.com>

# Regan v. Lakemoor - document production

**Blake Horwitz** <bwhorwitz@yahoo.com> 9 October 2025 at 10:23
Reply-To: Blake Horwitz <bwhorwitz@yahoo.com>
To: Sergio Moreno <smoreno@bhlfattorneys.com>

On Thursday, October 2, 2025 at 01:16:50 PM CDT, Louis Impagliazzo <imp@gliazzo.com> wrote:

Dear Eric,

I attempted to reach you by phone a few minutes ago. The production your paralegal forwarded today does not constitute a responsive document production.

First, there is no written response stating that the production is complete, nor could there be, since the production itself is obviously substantively deficient. The vast majority of RFPs have been ignored entirely, and the few items produced are incomplete. Second, nearly every document in the production consists of FOIA-redacted materials that I obtained directly from the Village of Lakemoor last year, with some files still bearing the original FOIA cover sheets. Recycling my own FOIA documents back to me does not satisfy your discovery obligations.

Since July, I have sent you *seven* separate emails requesting a meet and confer to address discovery deficiencies cooperatively. You have ignored all seven of those emails. At this point, either your office is completely disorganized, or this is a bad faith tactic designed to obstruct discovery.

Please respond promptly to this email providing your availability for a 37.2 meet and confer. If you are unwilling to meet and confer as required by Rule, please advise me immediately rather than ignoring my emails, so I can seek appropriate relief from the Court

Regards,
Louis Impagliazzo

On Wed, Sep 24, 2025 at 1:45 PM Beilke, Jennifer <JBEILKE@travelers.com> wrote:

> I have uploaded our document production to a folder in Box. In a separate email you will receive an invitation from Box to access this folder and download the files. Should you have any difficulties, please let me know. Below is a screenshot of what you will find in this folder: