# Exhibit E

## 24-CV-08430, Regan et al. v. Adolf et al.,

From: Blake Horwitz (bwhorwitz@yahoo.com)

To: bwhorwitz@yahoo.com

Date: Thursday, October 9, 2025 at 10:28 AM CDT

**From:** Louis Impagliazzo <imp@gliazzo.com>
**To:** Blake Horwitz <bwhorwitz@yahoo.com>
**Cc:** Sergio Moreno <smoreno@bhlfattorneys.com>; "impagliazzo@uchicago.edu" <impagliazzo@uchicago.edu>; "regan@windypixel.com" <regan@windypixel.com>; Blake Horwitz <bhorwitz@bhlfattorneys.com>; Hayden Dinges <hdinges@bhlfattorneys.com>
**Sent:** Friday, September 26, 2025 at 11:59:28 AM CDT
**Subject:** Re: 24-CV-08430, Regan et al. v. Adolf et al.,

Hi Blake,

Thank you for taking my call earlier, it was nice speaking with you.

To recap: we will reschedule Peter Put's deposition in exchange for a stipulated two-month extension of fact discovery in the state case. Should settlement discussions not result in resolution, we agree that Peter Put will appear for deposition on a mutually determined date in October without requiring issuance of a second subpoena.

As discussed, Cameron Regan and I are willing to settle the state litigation (2024L009332) for a total of $25,000 ($12,500 to each plaintiff). In exchange, we would dismiss the state case with prejudice and execute a release limited to contract, fraud, and conversion claims arising from the repair contract. The federal tort claims (IIED, abuse of process, conspiracy) and any damages from the alleged post-breach collection activities would remain preserved. Resolving the state case would simplify matters and avoid any parallel litigation complications and briefing of claim or issue preclusion.

I will also draft a proposed initial joint status report by Monday for your consideration and input.

Regards,
Louis Impagliazzo

On Thu, Sep 25, 2025 at 5:13 PM Blake Horwitz <bwhorwitz@yahoo.com> wrote:

> Louis I just called
>
> Blake Horwitz
> The Blake Horwitz Law Firm
> 216 S. Jefferson, Suite 101
> Chicago, Illinois 60611
> (312) 676-2100