**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Cameron Regan, et al.

Plaintiff,

v.

Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall

Christopher F. Adolf, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 10, 2025:

MINUTE entry before the Honorable Joan B. Gottschall: Defendants' Motion to Stay [52] is briefed as follows. The plaintiffs' request to file a response brief within 10 days, to and including October 19, 2025, is granted [53]. Plaintiffs' suggestion to set a reply date by 7 days thereafter, to and including October 26, 2025, appears reasonable. Moving defendants may request more time if they need more time. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.