**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CAMERON REGAN and<br>LOUIS IMPAGLIAZZO,<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER F. ADOLF,<br>VILLAGE OF LAKEMOOR,<br>FRANCIS JOSEPH Y. REYES, and<br>SDR GARAGE INC.,<br><br>Defendants. | Case No. 1:24-cv-08430<br><br>Hon. Joan B. Gottschall,<br>District Judge<br><br>Hon. Jeffrey T. Gilbert,<br>Magistrate Judge |

**DECLARATION OF CAMERON REGAN**

I, Cameron Regan, declare as follows:

1. I am a plaintiff in this action. I have personal knowledge of the facts contained in this Declaration and, if called to testify in this matter, I could competently testify to each of the facts set forth below.

2. I have lived with my partner Louis Impagliazzo in Chicago for twelve years.

3. I filed this Complaint with Louis because I feel that I was wrongfully arrested and both Louis and I were harmed as a result of the Defendants' actions. I helped write the Complaint and I signed it myself. I signed the Complaint because the facts alleged are true based on my experience and knowledge.

4. Louis does not represent me or my interests. I represent myself.

5. Although I am less knowledgeable about law than Louis, I have full control over my case and contribute to this case. I spend multiple hours every week

organizing evidence and discussing this case with Louis.

6. Usually two nights per week we sort through evidence or court filings by printing them out and discussing them at the table after dinner.

7. I contribute to editing any briefs that we present to the Court and have control over any arguments that we make. I sign all of the joint filings myself.

8. Louis and I discuss this case almost every day, and we agree on any strategy, evidence to pursue, or arguments to make based on our discussions.

9. I have appeared on my own behalf for all hearings in the Cook County case for breach of contract against Francis Reyes and SDR Garage. I participated in the evidentiary hearing in the Cook County case by asking Louis questions on direct examination. In this case, there have not been any hearings.

10. I took part in the Rule 26 meeting in this case. I was also on speakerphone for any conversations with Mr. Brashler, who was the attorney for Reyes and SDR Garage until last month.

11. In the Cook County case, I sent multiple emails to Mr. Brashler, including discovery responses. The Defendants have not served discovery yet in this case.

12. The new attorney for Reyes and SDR Garage, Mr. Horwitz, has never tried to call me. I wrote my current phone number and email address on my appearance form and it is also listed on all court filings, so he has my contact information. Had Mr. Horwitz contacted me, I would have responded.

13. I have spent a lot of time and energy trying to follow all of the rules properly because I am taking this case seriously. I feel that the Defendants are harassing us

just because Louis is intelligent and knowledgeable about law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 17, 2025

/s/ *Cameron Regan*

Cameron Regan
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (312) 975-5776
regan@windypixel.com