# Exhibit 1

Gmail **Louis <imp@gliazzo.com>**

# 1:24-cv-08430, Regan et al. v. Adolf et al., Proposed Joint Initial Status Report

8 messages

**Louis Impagliazzo** <imp@gliazzo.com> Mon, Sep 29, 2025 at 2:45 PM
To: Blake Horwitz <bhorwitz@bhlfattorneys.com>, "Eric A. Krumdick" <ekrumdic@travelers.com>, Cameron Regan <regan@windypixel.com>, Sergio Moreno <smoreno@bhlfattorneys.com>

Hello all,

Please find attached the draft Joint Initial Status Report that I have prepared.

Please review, insert your proposed discovery dates in the table, and add your signature blocks. As the report is due tomorrow, I would appreciate receiving your input by tomorrow afternoon so I can finalize and file it with the court tomorrow.

Please let me know if you have any proposed additions or revisions.

Regards,
Louis Impagliazzo

**Joint Initial Status Report (Proposed).docx**
53K

**Krumdick, Eric A.** <EKRUMDIC@travelers.com> Mon, Sep 29, 2025 at 2:52 PM
To: Louis Impagliazzo <imp@gliazzo.com>, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Cameron Regan <regan@windypixel.com>, Sergio Moreno <smoreno@bhlfattorneys.com>

I will look at it right now.

Eric A. Krumdick

Attorney at Law

Marzullo & Associates

Chicago, IL

Direct Line: 312-458-6534, Main Line: 312-458-6500, Fax: 855-821-7317

E-Mail: ekrumdic@travelers.com

General E-Mail: 133Law1@travelers.com

All documents which cannot be sent electronically:

**Mailing Address:**

P.O. Box 64093

St. Paul, MN 55164-0093

Not a Partnership or Professional Corporation

All Attorneys are employees of The Travelers Indemnity Company and its property casualty affiliates

---

**From:** Louis Impagliazzo <imp@gliazzo.com>
**Sent:** Monday, September 29, 2025 2:45 PM
**To:** Blake Horwitz <bhorwitz@bhlfattorneys.com>; Krumdick, Eric A. <EKRUMDIC@travelers.com>; Cameron Regan <regan@windypixel.com>; Sergio Moreno <smoreno@bhlfattorneys.com>
**Subject:** [External] 1:24-cv-08430, Regan et al. v. Adolf et al., Proposed Joint Initial Status Report

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is imp@gliazzo.com.**

[Quoted text hidden]

---

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

TRVDiscDefault::1201

---

**Krumdick, Eric A.** <EKRUMDIC@travelers.com> Mon, Sep 29, 2025 at 3:05 PM
To: Louis Impagliazzo <imp@gliazzo.com>, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Cameron Regan <regan@windypixel.com>, Sergio Moreno <smoreno@bhlfattorneys.com>

I reviewed the proposed JSR. Typically I would add a 30-to 45 days to each category of the schedule; I find that in most cases extra time is required as opposed to finishing any category of discovery earlier than anticipated.

Just to note: Sec V. indicates the parties have discussed settlement possibilities. No one has engaged in any such discussions with me. As a matter of course, I convey all settlement demands to my principals for consideration.

Cameron and Louis, if you have settlement demands, please let me know. As a matter of course, I convey all settlement demands immediately to my principals for consideration.

If you believe that settlement discussions are premature, then please clarify the response to Sec. V to the effect that plaintiffs believe settlement discussions are premature.

Finally, please note that I will be out of the office the week of November 25th. I suggest delaying the next JSR until Tuesday of Wednesday of the following week.

Thank you.

Eric

Eric A. Krumdick

Attorney at Law

Marzullo & Associates

Chicago, IL

Direct Line: 312-458-6534, Main Line: 312-458-6500, Fax: 855-821-7317

E-Mail: ekrumdic@travelers.com

General E-Mail: 133Law1@travelers.com

All documents which cannot be sent electronically:

**Mailing Address:**

P.O. Box 64093

St. Paul, MN  55164-0093

Not a Partnership or Professional Corporation

All Attorneys are employees of The Travelers Indemnity Company and its property casualty affiliates

---

**From:** Louis Impagliazzo <imp@gliazzo.com>
**Sent:** Monday, September 29, 2025 2:45 PM
**To:** Blake Horwitz <bhorwitz@bhlfattorneys.com>; Krumdick, Eric A. <EKRUMDIC@travelers.com>; Cameron Regan <regan@windypixel.com>; Sergio Moreno <smoreno@bhlfattorneys.com>
**Subject:** [External] 1:24-cv-08430, Regan et al. v. Adolf et al., Proposed Joint Initial Status Report

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is imp@gliazzo.com.**

Hello all,

[Quoted text hidden]

---

[Quoted text hidden]

---

**Louis Impagliazzo** <imp@gliazzo.com> Mon, Sep 29, 2025 at 3:18 PM
To: "Krumdick, Eric A." <EKRUMDIC@travelers.com>
Cc: Cameron Regan <regan@windypixel.com>

Dear Eric,

Thank you for your feedback on the JSR. I will change that date on my end to the following Tuesday. Regarding the other dates, feel free to put your desired discovery timeline in your column and we will submit it.

Regarding settlement, we would need to see the applicable insurance policies and coverage limits as required under Rule 26(a)(1)(A)(iv) before we could make any informed settlement demand. I would imagine that is a document that you have readily available and can provide.

Regards,
Louis Impagliazzo
[Quoted text hidden]

---

**Louis Impagliazzo** <imp@gliazzo.com> Tue, Sep 30, 2025 at 12:32 PM
To: Blake Horwitz <bhorwitz@bhlfattorneys.com>, "Eric A. Krumdick" <ekrumdic@travelers.com>, Cameron Regan <regan@windypixel.com>, Sergio Moreno <smoreno@bhlfattorneys.com>

Good afternoon,

Just a friendly reminder that I still need everyone's position on the Joint Initial Status Report by the end of the day, preferably by returning the document with any contrary positions noted and the respective discovery schedule column filled in. Thanks!

Regards,
Louis Impagliazzo
[Quoted text hidden]

---

**Krumdick, Eric A.** <EKRUMDIC@travelers.com> Tue, Sep 30, 2025 at 1:01 PM
To: Louis Impagliazzo <imp@gliazzo.com>, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Cameron Regan <regan@windypixel.com>, Sergio Moreno <smoreno@bhlfattorneys.com>

Attached are Adoph/lakemoor's proposed dates.

Eric A. Krumdick

Attorney at Law

Marzullo & Associates

Chicago, IL

Direct Line: 312-458-6534, Main Line: 312-458-6500, Fax: 855-821-7317

E-Mail: ekrumdic@travelers.com

General E-Mail: 133Law1@travelers.com

All documents which cannot be sent electronically:

**Mailing Address:**

P.O. Box 64093

St. Paul, MN  55164-0093

Not a Partnership or Professional Corporation

All Attorneys are employees of The Travelers Indemnity Company and its property casualty affiliates

---

**From:** Louis Impagliazzo <imp@gliazzo.com>
**Sent:** Tuesday, September 30, 2025 12:32 PM
**To:** Blake Horwitz <bhorwitz@bhlfattorneys.com>; Krumdick, Eric A. <EKRUMDIC@travelers.com>; Cameron Regan <regan@windypixel.com>; Sergio Moreno <smoreno@bhlfattorneys.com>
**Subject:** [External] Re: 1:24-cv-08430, Regan et al. v. Adolf et al., Proposed Joint Initial Status Report

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is imp@gliazzo.com.**

Good afternoon,

[Quoted text hidden]
[Quoted text hidden]

---

[Quoted text hidden]

**JSR (Proposed) Lakemorr dates added .docx**
54K

---

**Louis Impagliazzo** <imp@gliazzo.com> Tue, Sep 30, 2025 at 1:51 PM
To: "Krumdick, Eric A." <EKRUMDIC@travelers.com>
Cc: Blake Horwitz <bhorwitz@bhlfattorneys.com>, Cameron Regan <regan@windypixel.com>, Sergio Moreno <smoreno@bhlfattorneys.com>

Thank you Eric. Blake/Sergio, we still need your position on the Joint Initial Status Report by the end of day. Thank you!

Regards,
Louis Impagliazzo
[Quoted text hidden]

**Sergio Moreno** <smoreno@bhlfattorneys.com> Tue, Sep 30, 2025 at 2:08 PM
To: Louis Impagliazzo <imp@gliazzo.com>
Cc: "Krumdick, Eric A." <EKRUMDIC@travelers.com>, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Cameron Regan <regan@windypixel.com>

Thank you for preparing Louis. I've made no changes and added Blake's signature.
[Quoted text hidden]
--

Sergio Moreno

The Blake Horwitz Law Firm, Ltd.

216 S. Jefferson St., Suite 101

Chicago, IL 60661

Phone: (312) 676-2100

Fax: (312) 445-8741

www.theblakehorwitzlawfirm.com

**JSR (Proposed) Lakemorr dates added .docx**
54K