# Exhibit 2

Gmail **Louis <imp@gliazzo.com>**

---

## 24-CV-08430, Regan et al. v. Adolf et al.,

12 messages

---

**Sergio Moreno** <smoreno@bhlfattorneys.com> Tue, Sep 23, 2025 at 11:53 AM
To: impagliazzo@uchicago.edu, regan@windypixel.com, ekrumdic@travelers.com, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Hello,

We just filed a motion for extension to answer or otherwise plead. Additionally, we need to reschedule the 26(f) conference set for tomorrow. Thank you for your understanding.

Regards,
Sergio

--

Sergio Moreno

The Blake Horwitz Law Firm, Ltd.

216 S. Jefferson St., Suite 101

Chicago, IL 60661

Phone: (312) 676-2100

Fax: (312) 445-8741

www.theblakehorwitzlawfirm.com

---

**Louis** <imp@gliazzo.com> Tue, Sep 23, 2025 at 12:12 PM
To: Sergio Moreno <smoreno@bhlfattorneys.com>
Cc: impagliazzo@uchicago.edu, regan@windypixel.com, ekrumdic@travelers.com, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Hi Sergio,

While I do not have any opposition to an extension to answer, the joint initial status report is currently still due on September 30. Would you like to propose a revised date and time for the 26(f) conference to allow time for the preparation of a joint status report by September 30? Please see Judge Gottschall's case procedures, which anticipates defendants participating in the 26(f) conference regardless of whether they have filed an answer.

Regards,
Louis Impagliazzo

On Sep 23, 2025, at 11:53 AM, Sergio Moreno <smoreno@bhlfattorneys.com> wrote:

[Quoted text hidden]

---

**Louis Impagliazzo** <imp@gliazzo.com> Thu, Sep 25, 2025 at 11:45 AM
To: Sergio Moreno <smoreno@bhlfattorneys.com>
Cc: impagliazzo@uchicago.edu, regan@windypixel.com, ekrumdic@travelers.com, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Hello all,

I am writing to follow up on the previous email seeking to schedule the 26(f) conference. The joint initial status report currently remains due on September 30.

Please provide specific dates (preferably sometime early next week) and times when you would be available to participate in the conference.

Regards,
Louis Impagliazzo
[Quoted text hidden]

---

**Sergio Moreno** <smoreno@bhlfattorneys.com> Thu, Sep 25, 2025 at 12:15 PM
To: impagliazzo@uchicago.edu, regan@windypixel.com, ekrumdic@travelers.com, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Hello,

We need to reschedule Peter Put's deposition set for September 30, 2025. Blake will respond regarding the 26(f) conference as soon as he can.

Regards,
Sergio
[Quoted text hidden]

---

**Sergio Moreno** <smoreno@bhlfattorneys.com> Thu, Sep 25, 2025 at 12:19 PM
To: impagliazzo@uchicago.edu, regan@windypixel.com, ekrumdic@travelers.com, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Additionally, we also need to reschedule the deposition of Cid Rusiana of MXPi Tuning that is set for September 30, 2025 at 9:30am.

Thanks,
Sergio
[Quoted text hidden]

---

**Louis** <imp@gliazzo.com> Thu, Sep 25, 2025 at 12:49 PM
To: Sergio Moreno <smoreno@bhlfattorneys.com>
Cc: impagliazzo@uchicago.edu, regan@windypixel.com, ekrumdic@travelers.com, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Hi Sergio,

I understand that your firm entered this litigation last week, which is why I was not opposed to the 28-day extension to answer the federal complaint. However, with only five days' notice, you are now requesting to reschedule an entire day's worth of depositions in the state case. September 30 is currently the cut-off for depositions under the scheduling order. I have already committed to the court reporter and cleared out my schedule on September 30. If you need extra time to prepare to take the deposition of Mr. Rusiana, I am not opposed to that. However, I am opposed to rescheduling the Put deposition.

Regards,
Louis Impagliazzo

On Sep 25, 2025, at 12:19 PM, Sergio Moreno <smoreno@bhlfattorneys.com> wrote:

[Quoted text hidden]

---

**Blake Horwitz** <bwhorwitz@yahoo.com> Thu, Sep 25, 2025 at 4:12 PM
To: Louis <imp@gliazzo.com>
Cc: Sergio Moreno <smoreno@bhlfattorneys.com>, impagliazzo@uchicago.edu, regan@windypixel.com, ekrumdic@travelers.com, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Louis, please provide your phone number

Blake Horwitz
The Blake Horwitz Law Firm
216 S. Jefferson, Suite 101
Chicago, Illinois 60611
(312) 676-2100

On Sep 25, 2025, at 1:49 PM, Louis <imp@gliazzo.com> wrote:

[Quoted text hidden]

---

**Blake Horwitz** <bwhorwitz@yahoo.com> Thu, Sep 25, 2025 at 5:13 PM
To: Louis <imp@gliazzo.com>
Cc: Sergio Moreno <smoreno@bhlfattorneys.com>, impagliazzo@uchicago.edu, regan@windypixel.com, ekrumdic@travelers.com, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Louis I just called

Blake Horwitz
The Blake Horwitz Law Firm
216 S. Jefferson, Suite 101
Chicago, Illinois 60611
(312) 676-2100

On Sep 25, 2025, at 5:12 PM, Blake Horwitz <bwhorwitz@yahoo.com> wrote:

Louis, please provide your phone number
[Quoted text hidden]

---

**Krumdick, Eric A.** <EKRUMDIC@travelers.com> Fri, Sep 26, 2025 at 9:10 AM
To: Louis <imp@gliazzo.com>, Sergio Moreno <smoreno@bhlfattorneys.com>
Cc: "impagliazzo@uchicago.edu" <impagliazzo@uchicago.edu>, "regan@windypixel.com" <regan@windypixel.com>, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Good Morning;

Just to clarify; both the state law civil action and the federal lawsuit are conflated in the email below

under the subject 24-cv-08430, Regan v Adolph etal

Otherwise I do not have deposition notices for any of the witnesses.

Please clarify.

Eric

Eric A. Krumdick

Attorney at Law

Marzullo & Associates

Chicago, IL

Direct Line: 312-458-6534, Main Line: 312-458-6500, Fax: 855-821-7317

E-Mail: ekrumdic@travelers.com

General E-Mail: 133Law1@travelers.com

All documents which cannot be sent electronically:

**Mailing Address:**

P.O. Box 64093

St. Paul, MN 55164-0093

Not a Partnership or Professional Corporation

All Attorneys are employees of The Travelers Indemnity Company and its property casualty affiliates

---

**From:** Louis <imp@gliazzo.com>
**Sent:** Thursday, September 25, 2025 12:49 PM
**To:** Sergio Moreno <smoreno@bhlfattorneys.com>
**Cc:** impagliazzo@uchicago.edu; regan@windypixel.com; Krumdick, Eric A. <EKRUMDIC@travelers.com>; Blake Horwitz <bhorwitz@bhlfattorneys.com>; Hayden Dinges <hdinges@bhlfattorneys.com>
**Subject:** [External] Re: 24-CV-08430, Regan et al. v. Adolf et al.,

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is imp@gliazzo.com.**

[Quoted text hidden]

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

TRVDiscDefault::1201

---

**Krumdick, Eric A.** <EKRUMDIC@travelers.com> Fri, Sep 26, 2025 at 9:24 AM
To: Louis Impagliazzo <imp@gliazzo.com>, Sergio Moreno <smoreno@bhlfattorneys.com>
Cc: "impagliazzo@uchicago.edu" <impagliazzo@uchicago.edu>, "regan@windypixel.com" <regan@windypixel.com>, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Any time today before noon or on Monday before 10 a.m.  and then again after 11:30 a.m.

Eric

Eric A. Krumdick

Attorney at Law

Marzullo & Associates

Chicago, IL

Direct Line: 312-458-6534, Main Line: 312-458-6500, Fax: 855-821-7317

E-Mail: ekrumdic@travelers.com

General E-Mail: 133Law1@travelers.com

All documents which cannot be sent electronically:

**Mailing Address:**

P.O. Box 64093

St. Paul, MN  55164-0093

Not a Partnership or Professional Corporation

All Attorneys are employees of The Travelers Indemnity Company and its property casualty affiliates

---

**From:** Louis Impagliazzo <imp@gliazzo.com>

**Sent:** Thursday, September 25, 2025 11:46 AM
**To:** Sergio Moreno <smoreno@bhlfattorneys.com>
**Cc:** impagliazzo@uchicago.edu; regan@windypixel.com; Krumdick, Eric A. <EKRUMDIC@travelers.com>; Blake Horwitz <bhorwitz@bhlfattorneys.com>; Hayden Dinges <hdinges@bhlfattorneys.com>
**Subject:** [External] Re: 24-CV-08430, Regan et al. v. Adolf et al.,

**CAUTION: This email came from outside of the company.**
**Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is imp@gliazzo.com.**

Hello all,

[Quoted text hidden]
[Quoted text hidden]

---

[Quoted text hidden]

---

**Louis Impagliazzo** <imp@gliazzo.com> Fri, Sep 26, 2025 at 11:59 AM
To: Blake Horwitz <bwhorwitz@yahoo.com>
Cc: Sergio Moreno <smoreno@bhlfattorneys.com>, impagliazzo@uchicago.edu, regan@windypixel.com, Blake Horwitz <bhorwitz@bhlfattorneys.com>, Hayden Dinges <hdinges@bhlfattorneys.com>

Hi Blake,

Thank you for taking my call earlier, it was nice speaking with you.

To recap: we will reschedule Peter Put's deposition in exchange for a stipulated two-month extension of fact discovery in the state case. Should settlement discussions not result in resolution, we agree that Peter Put will appear for deposition on a mutually determined date in October without requiring issuance of a second subpoena.

As discussed, Cameron Regan and I are willing to settle the state litigation (2024L009332) for a total of $25,000 ($12,500 to each plaintiff). In exchange, we would dismiss the state case with prejudice and execute a release limited to contract, fraud, and conversion claims arising from the repair contract. The federal tort claims (IIED, abuse of process, conspiracy) and any damages from the alleged post-breach collection activities would remain preserved. Resolving the state case would simplify matters and avoid any parallel litigation complications and briefing of claim or issue preclusion.

I will also draft a proposed initial joint status report by Monday for your consideration and input.

Regards,
Louis Impagliazzo
[Quoted text hidden]

---

**Louis Impagliazzo** <imp@gliazzo.com> Wed, Oct 8, 2025 at 10:13 AM
To: Blake Horwitz <bhorwitz@bhlfattorneys.com>
Cc: Sergio Moreno <smoreno@bhlfattorneys.com>, impagliazzo@uchicago.edu, regan@windypixel.com, Hayden Dinges <hdinges@bhlfattorneys.com>

Hello all,

I'm checking in to see whether Defendants have considered the settlement demand made on September 26, 2025. The next status date in the state case (2024 L 009332) is scheduled for November 5, 2025, at 10:30 a.m.

Also, just a friendly reminder: if your firm will be representing SDR and Reyes in the state case, an appearance has

not yet been filed and will need to be entered.

Regards,
Louis Impagliazzo
[Quoted text hidden]