**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Cameron Regan, et al.

Plaintiff,

v.

Christopher F. Adolf, et al.

Defendant.

Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 23, 2025:

MINUTE entry before the Honorable Joan B. Gottschall: Defendants' Motion for an Extension of Time to Respond or Otherwise Plead to Plaintiff's Complaint [61] until movants' Motion for a Stay [58] is adjudicated is denied. Movants 9; deadline to respond to the Complaint is extended to an including October 30, 2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.