**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Cameron Regan, et al.

Plaintiff,

v.

Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall

Christopher F. Adolf, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2025:

MINUTE entry before the Honorable Joan B. Gottschall: Plaintiffs' Response to the Motion to Dismiss [66] is due on or before 11/24/2025 and defendants' reply is due 14 days thereafter, by and including 12/8/2025. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.