**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CAMERON REGAN and<br>LOUIS IMPAGLIAZZO,<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER F. ADOLF,<br>VILLAGE OF LAKEMOOR,<br>FRANCIS JOSEPH Y. REYES, and<br>SDR GARAGE INC.,<br><br>Defendants. | Case No. 1:24-cv-08430<br><br>Hon. Joan B. Gottschall,<br>District Judge<br><br>Hon. Jeffrey T. Gilbert,<br>Magistrate Judge |

## JOINT STATUS REPORT

The parties submit the following Joint Status Report pursuant to this Court's Scheduling Order. (*See* Dkt. No. 51.)

## I. Discovery Progress

### A. Initial Disclosures

The parties exchanged Rule 26(a)(1) Initial Disclosures in December 2024. Plaintiffs recently served supplemental Initial Disclosures pursuant to Rule 26(a)(1), producing documents Bates-stamped PLF_000000 to PLF_004344.

### B. Written Discovery

Plaintiffs served written discovery requests on SDR Defendants on October 8, 2025. SDR Defendants have requested multiple extensions to respond to discovery, and have represented that they will respond by December 5, 2025.

Plaintiffs served written discovery requests on Defendant Village of Lakemoor

on November 7, 2025. Their response to discovery remains due by December 8, 2025.

On December 2, 2025, Village Defendants served written discovery requests on Plaintiffs. SDR Defendants have not yet propounded any written discovery requests.

### C. Third-Party Discovery

Plaintiff Impagliazzo served a Rule 45 subpoena on a subsidiary of nonparty AT&T, Inc. on October 9, 2025. AT&T fully complied with the subpoena and produced the requested phone metadata on October 23, 2025. Additionally, Plaintiffs filed a motion to release grand jury materials in the Circuit Court of McHenry County on October 2, 2025, and anticipate a decision shortly. Plaintiffs intend to serve a Rule 45 subpoena on the McHenry County State's Attorney's Office to obtain relevant materials from the underlying prosecution file.

## II. Settlement Efforts

On November 10, 2025, SDR Defendants transmitted a nominal settlement offer jointly to Plaintiffs, which Plaintiffs rejected. The parties remain significantly apart in their valuation of this case, and Plaintiffs believe that further settlement discussions with SDR Defendants are unlikely to be productive at this stage.

On November 11, 2025, Village Defendants produced copies of their insurance policies pursuant to Rule 26(a)(1). Plaintiffs have reviewed the policies and intend to discuss the possibility of settlement with Village Defendants over the coming weeks.

## III. Proposed Discovery Schedule

### A. Plaintiffs' Position

Defendants have filed serial Motions to Dismiss in lieu of answering Plaintiffs'

unamended Complaint. (*See* Dkt. Nos. 60, 66.) SDR Defendants object to setting a discovery schedule while these motions are pending.

Plaintiffs note, however, that (1) discovery is not stayed; (2) SDR Defendants did not respond to Plaintiffs' written discovery by previously agreed deadlines, instead requesting extensions after those deadlines had passed; and (3) Defendant Village of Lakemoor did not respond to a prior discovery request. Given this history, and to keep the case on track to meet the March 31, 2026 fact discovery cutoff set in the Court's Scheduling Order, Plaintiffs propose the following discovery schedule for the interim period:

- December 5, 2025: SDR Defendants to respond to Plaintiffs' written discovery requests.
- December 8, 2025: Defendant Village of Lakemoor to respond to Plaintiffs' written discovery requests.
- December 22, 2025: The parties shall complete Local Rule 37.2 meet-and-confer efforts regarding any deficiencies in Defendants' discovery responses.

### B. SDR Defendants' Position

Due to the pending motion practice which includes allegations as to the unauthorized practice of law and motions to dismiss that these defendants believe are dispositive, a specific discovery schedule should be entered after rulings on said motions. Reyes and SDR are not asking that discovery be stayed but simply that a specific schedule not be entered at the present time.

## IV. Status Report Deadline

The parties propose a status report due date of January 15, 2026.

Dated: December 2, 2025

Respectfully submitted,

/s/ *Louis Impagliazzo*
Louis Impagliazzo
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (415) 969-9993
impagliazzo@uchicago.edu

/s/ *Cameron Regan*
Cameron Regan
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (312) 975-5776
regan@windypixel.com

/s/ *Blake Horwitz*
Blake Horwitz
The Blake Horwitz Law Firm
*Attorney for Defendants Francis Joseph Y. Reyes and SDR Garage Inc.*

/s/ *Eric Krumdick*
Eric Krumdick
Marzullo & Associates
*Attorney for Defendants Christopher F. Adolf and Village of Lakemoor*