**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Cameron Regan, et al.

Plaintiff,

v.

Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall

Christopher F. Adolf, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 4, 2025:

MINUTE entry before the Honorable Joan B. Gottschall:

The amended motion [58] of defendants SDR Garage Inc., and Francis Joseph Y. Reyes (collectively, "moving defendants") to stay this case to adjudicate their allegations that plaintiff Louis Impagliazzo is practicing law without a license is denied for want of a colorable showing that the unauthorized practice of law is occurring. See generally United States v. Johnson, 327 F.3d 554, 560−61 (7th Cir. 2003) (defining the unauthorized practice of law and discussing a federal court's inherent authority in this regard). The record evidence [58] shows that plaintiff Impagliazzo has taken the lead in certain communications with defense counsel but moving defendants have not made a colorable showing that Impagliazzo is giving Regan legal advice, that Regan is relying on Impagliazzo's legal knowledge or skill, or that Regan is allowing Impagliazzo to make litigation decisions rather than exercising his independent judgment. See id. at 561; Francorp, Inc. v. Siebert, 211 F. Supp. 2d 1051, 1056−57 (N.D. Ill. 2002).

The latter of defendants' pending motions to dismiss [66] will be fully briefed December 8, 2025. Discovery has not been stayed, and nothing in the status report [72] filed December 2, 2025, justifies staying discovery now that Reyes and SDR Garage's unauthorized practice of law arguments have been adjudicated. The scheduling order [51] deadlines, including the March 31, 2026, fact discovery cutoff, stand. This action is referred to Judge Gilbert for discovery supervision and any settlement conference to which the parties and the magistrate judge agree. Judge Gilbert has authority to set and adjust discovery deadlines. A further status report deadline before the district judge will be set upon termination of the referral.

Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.