**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS IMPAGLIAZZO and<br>CAMERON REGAN,<br><br>Plaintiffs,<br><br>v.<br><br>SDR GARAGE INC., *et. al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>Case No.: 1:24-cv-08430<br><br>Hon. Judge Joan B. Gottschall<br>Magistrate Judge Jeffrey T. Gilbert |

**DEFENDANTS' SDR GARAGE INC. AND FRANCIS REYES MOTION FOR AN EXTENSION OF TIME TO FILE REPLY**

NOW COME the DEFENDANTS, SDR GARAGE INC. and FRANCIS JOSEPH Y. REYES, hereby moving this Honorable Court for an extension of time of one day to file their reply in support of Defendants' Motion to Dismiss. In Support thereof:

1. On November 3, 2025, this Honorable Court set a briefing schedule for Defendants' Motion to Dismiss, with Defendants' reply brief being due December 8, 2025. [Dkt. No. 67].
2. Defendants respectfully request a one-day extension to December 9, 2025, to file Defendants' reply. Defendants have filed their reply in this matter. [Dkt. No 69].

WHEREFORE, Defendants respectfully request that this Honorable Court grant Defendants' motion.

Respectfully submitted,

***/s/Blake Horwitz***
Attorney for Defendants SDR Garage, Inc.
& Francis Reyes

**The Blake Horwitz Law Firm, Ltd.**
Blake Horwitz, Esq.
216 S. Jefferson Street, Suite 101
Chicago, IL 60661
Phone: (312) 676-2100
Fax: (312) 445-8741

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS IMPAGLIAZZO and<br>CAMERON REGAN,<br><br>Plaintiffs,<br><br>v.<br><br>SDR GARAGE INC., *et. al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:24-cv-08430<br><br>Hon. Judge Joan B. Gottschall<br>Magistrate Judge Jeffrey T. Gilbert |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9 2025, I served the above and foregoing **Defendants' Motion for Extension of Time** on all Parties on record using the ECF filing system.

Respectfully submitted,

***/s/Blake Horwitz***
Attorney for Defendants SDR Garage, Inc.
& Francis Reyes

**The Blake Horwitz Law Firm, Ltd.**
Blake Horwitz, Esq.
216 S. Jefferson Street, Suite 101
Chicago, IL 60661
Phone: (312) 676-2100
Fax: (312) 445-8741
bhorwitz@bhlfattorneys.com