**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Cameron Regan, et al.

Plaintiff,

v.

Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall

Christopher F. Adolf, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 12, 2025:

MINUTE entry before the Honorable Jeffrey T. Gilbert. This case has been referred to Magistrate Judge Gilbert for the purposes of discovery supervision, with authority to set and adjust discovery deadlines, and any settlement conference. The parties shall file by 12/22/25 a joint status report that contains the following information: (1) the status of any written discovery that has been served or taken (including pursuant to any third−party subpoenas), and whether document production is ongoing or complete; (2) whether any fact witness depositions have been taken, noticed, or subpoenaed; (3) a list of fact witnesses that either party intends to depose before the close of fact discovery on 3/31/26; (4) whether settlement is a realistic possibility in this case and, if so, next steps in that regard; and (5) anything else the parties believe the Court should know to manage discovery in this case effectively. A status hearing is set for 12/30/25 at 10:15 a.m. in person in Courtroom 1386.Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.