**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CAMERON REGAN and<br>LOUIS IMPAGLIAZZO,<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER F. ADOLF,<br>VILLAGE OF LAKEMOOR,<br>FRANCIS JOSEPH Y. REYES, and<br>SDR GARAGE INC.,<br><br>Defendants. | Case No. 1:24-cv-08430<br><br>Hon. Joan B. Gottschall,<br>District Judge<br><br>Hon. Jeffrey T. Gilbert,<br>Magistrate Judge |

**JOINT STATUS REPORT**

Plaintiffs Louis Impagliazzo and Cameron Regan submit the following status report jointly with Defendants Christopher F. Adolf and Village of Lakemoor ("Village Defendants") pursuant to this Court's December 12, 2025 Order.[1] (*See* Dkt. No. 79.)

## I. Status of Written Discovery

### A. Discovery Pursuant to Rules 33 and 34

On October 8, 2025, Plaintiffs served written discovery requests on SDR Defendants. SDR Defendants responded to those requests on December 9, 2025. On December 11, 2025, Plaintiffs emailed a Local Rule 37.2 letter to SDR Defendants' counsel detailing deficiencies in those responses. Plaintiffs proposed three specific dates for a meet-and-confer, but as of this filing, counsel for SDR Defendants have

[1] On December 19, 2025, Plaintiffs conferred by telephone with Village Defendants' counsel to prepare this Joint Status Report. Counsel for SDR Defendants did not participate in the call, nor did they respond to Plaintiffs' emails of December 16 and December 17 seeking a convenient time for all parties to confer.

neither accepted a date nor offered alternative availability.

Plaintiffs served written discovery requests on Defendant Village of Lakemoor on November 7, 2025. At Village Defendants' request, Plaintiffs agreed to extend the response deadline to December 29, 2025.

Village Defendants issued written discovery requests to Plaintiffs on December 2, 2025. Plaintiffs anticipate responding to those requests by January 2, 2026.

To date, SDR Defendants have not issued any written discovery requests.

### B. Third-Party Discovery

Plaintiff Impagliazzo effected service of a subpoena duces tecum on nonparty AT&T Mobility on October 9, 2025. On October 23, 2025, AT&T Mobility fully complied, producing all requested call and message metadata without objection.

On October 2, 2025, Plaintiffs filed a motion in the Circuit Court of McHenry County to release grand jury materials from Plaintiff Regan's criminal case. The motion was opposed by the McHenry County State's Attorney's Office, and is set for a hearing before Judge Gerhardt on January 16, 2026. Plaintiffs are withholding service of a subpoena on the McHenry County State's Attorney's Office pending the ruling on January 16, 2026. Should the state court deny the motion to release, Plaintiffs intend to subpoena the grand jury materials alongside the remainder of the Regan prosecution file.

## II. Fact Witness Depositions

No fact witness depositions have been taken, noticed, or subpoenaed in this action to date. The parties intend to notice depositions upon substantial completion

of written discovery. Plaintiffs and Village Defendants agree that the March 31, 2026 fact discovery cutoff appears fairly optimistic given the current status of discovery. Accordingly, the parties anticipate requesting an extension of fact discovery in a future status report.

Based on currently available information, Plaintiffs plan to depose Christopher F. Adolf, Francis Joseph Y. Reyes, SDR Garage Inc. employee Peter Put, Village of Lakemoor Administrator Ryan “Todd” Weihofen, a Village of Lakemoor 30(b)(6) designee on the Village’s “bad check” policy and customs, and McHenry County ASAs Maria Marek, Sophia Dinkel, Tyler Mikan, and Justin Neubauer.

Village Defendants plan to depose Cameron Regan, Louis Impagliazzo, Francis Joseph Y. Reyes, JPMorgan Chase Bank, N.A. and PNC Bank, National Association 30(b)(6) designees, and McHenry County ASAs Maria Marek, Sophia Dinkel, Tyler Mikan, and Justin Neubauer.

## III. Settlement Possibility and Proposed Schedule

On November 10, 2025, SDR Defendants transmitted a nominal settlement offer jointly to Plaintiffs, which Plaintiffs rejected later that day. Based on the tenor of the settlement offer, Plaintiffs believe that further settlement discussions with SDR Defendants are unlikely to be productive at this stage.

On December 19, 2025, Plaintiffs discussed the possibility of settlement with Village Defendants’ counsel. Plaintiffs and counsel for Village Defendants agreed that there is a realistic possibility of settlement. To explore the likelihood of settlement, Plaintiffs intend to submit a settlement demand to Village Defendants by January

12, 2026. Plaintiffs respectfully request that the Court set a deadline of February 2, 2026, for Village Defendants to respond to Plaintiffs' settlement demand.

## IV. Miscellaneous Matters

### A. ESI Preservation

Plaintiffs have identified a preservation issue involving Defendant Reyes, who admitted to deleting and editing relevant social media ESI nine months into this litigation. To ascertain the breadth of this destruction and the potential for recovery, Plaintiffs seek to conduct targeted discovery regarding the deleted ESI. Plaintiffs raise this issue now to seek the Court's guidance regarding the preferred timing of any subsequent Rule 37(e) motion practice, should the ESI prove to be irretrievable and irreplaceable.

### B. Related State-Court Proceedings

Plaintiffs advise the Court of a related action pending in the Circuit Court of Cook County (*Impagliazzo v. SDR Garage Inc.*, No. 2024 L 9332). That matter concerns the contractual dispute arising from SDR Garage Inc.'s automotive repair services; it does not involve Village Defendants and asserts no civil rights claims. Fact discovery in the Cook County litigation is scheduled to close on January 16, 2026.

Dated: December 22, 2025

Respectfully submitted,

/s/ *Louis Impagliazzo*
Louis Impagliazzo
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (415) 969-9993
impagliazzo@uchicago.edu

/s/ *Cameron Regan*
Cameron Regan
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (312) 975-5776
regan@windypixel.com

/s/ *Eric A. Krumdick*
Eric A. Krumdick
Marzullo & Associates
161 North Clark Street, Ste 800
Chicago, Illinois 60601
+1 (312) 458-6500
ekrumdic@travelers.com
*Counsel for Defendants Christopher F. Adolf and Village of Lakemoor*