**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Cameron Regan, et al.

Plaintiff,

v.

Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall

Christopher F. Adolf, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report [80]. The status hearing set for 12/30/25 is stricken and reset to 2/11/26 at 10:30 a.m. in person in Courtroom 1386 for a report on whether there is a realistic possibility of settlement between Plaintiff and the Village Defendants. Plaintiffs shall make their settlement demand by 1/12/26 and the Village Defendants shall respond by 2/2/26. The parties shall file a joint status report by 2/5/26 that addresses their progress with party and third−party written discovery and identify any confirmed or proposed dates for fact witness depositions that have been agreed by the parties and witnesses. If the parties wish, they also can indicate whether settlement is a realistic possibility in that status report. As of now, the Court does not have a preference about the timing of any Rule 37(e) motion practice about concerning Defendant Reyes's ESI. The Court can discuss that issue with the parties at the next status hearing. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.