**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CAMERON REGAN and LOUIS IMPAGLIAZZO,<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER F. ADOLF, VILLAGE OF LAKEMOOR, FRANCIS JOSEPH Y. REYES, and SDR GARAGE INC.,<br><br>Defendants. | Case No. 1:24-cv-08430<br><br>Hon. Joan B. Gottschall, District Judge<br><br>Hon. Jeffrey T. Gilbert, Magistrate Judge |

**STATUS REPORT**

Plaintiffs Cameron Regan and Louis Impagliazzo submit the following status report pursuant to this Court's December 23, 2025 Order.[1] (*See* Dkt. No. 81.)

## I. Status of Discovery

### A. Party Discovery

On February 4, 2026, Plaintiffs and counsel for SDR Defendants participated in a ninety-minute Zoom conference pursuant to Local Rule 37.2. The conference narrowed the parties' discovery disputes, with Plaintiffs voluntarily withdrawing and modifying certain requests and SDR Defendants agreeing to supplement certain responses within fourteen days. However, the parties were unable to resolve multiple outstanding issues, including SDR Defendants' nonproduction of a privilege log.

[1] Plaintiff Impagliazzo circulated a proposed joint status report to all counsel of record on February 5, 2026, requesting input or approval by 6:00 p.m. As of this filing, no response has been received. Plaintiffs file this report unilaterally to comply with the Court's filing deadline.

Plaintiffs anticipate filing a motion to compel within the next thirty days.

During the pendency of settlement discussions between Plaintiffs and Village Defendants, the parties mutually agreed to extend their respective deadlines to respond to written discovery. Plaintiffs supplemented their Rule 26(a)(1) disclosures on January 21, 2026, and anticipate serving responses to Village Defendants' discovery requests on or before February 11, 2026. Village Defendants represent that their responses to Plaintiffs' written discovery, served November 7, 2025, are substantially complete and will be produced shortly.

On February 4, 2026, SDR Defendants issued initial written discovery requests to Plaintiffs and noticed the deposition of Plaintiff Regan for March 20, 2026. The parties anticipate scheduling additional depositions as written discovery progresses.

### B. Third-Party Discovery

On January 16, 2026, following a hearing in the Circuit Court of McHenry County, Judge Gerhardt granted Plaintiffs' motion to release grand jury materials from Plaintiff Regan's criminal case. Plaintiffs have since received the grand jury transcript, and plan to issue a subpoena to the McHenry County State's Attorney's Office for the remainder of the Regan prosecution file within the next week.[2]

## II. Settlement Possibility

On December 23, 2025, this Court entered an Order directing Plaintiffs to serve a settlement demand by January 12, 2026 and Village Defendants to respond

[2] Plaintiffs note that no confidentiality order is currently in place and anticipate that one will be necessary, as the grand jury materials will likely be filed in connection with future motion practice.

by February 2, 2026. (*See* Dkt. No. 81.) Plaintiffs transmitted their settlement demand to Village Defendants on January 12, 2026. Village Defendants have not yet responded, and represent that a senior claims adjuster at Travelers is currently reviewing the demand. The parties will be in a better position to evaluate settlement once that review is complete.

Dated: February 5, 2026

Respectfully submitted,

/s/ *Louis Impagliazzo*
Louis Impagliazzo
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (415) 969-9993
impagliazzo@uchicago.edu

/s/ *Cameron Regan*
Cameron Regan
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (312) 975-5776
regan@windypixel.com