**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS IMPAGLIAZZO and CAMERON REGAN, | ) | |
| | ) | Case No.: 1:24-cv-08430 |
| Plaintiffs, | ) | |
| | ) | Hon. Judge Joan B. Gottschall |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| SDR GARAGE INC., *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE STATUS REPORT**

NOW COME the DEFENDANTS, SDR GARAGE INC. and FRANCIS JOSEPH Y. REYES, hereby moving this Honorable Court for an extension of time until February 9, 2026, to file their status report. In support thereof:

On December 23, 2025, this Honorable Court ordered the Parties to file a status report by February 5, 2026. [Dkt. No. 81]. DEFENDANTS respectfully request an extension until February 9, 2026, to file their status report.

WHEREFORE, DEFENDANTS respectfully request that this Honorable Court grant DEFENDANTS' motion.

Respectfully submitted,

***/s/Blake Horwitz***
Attorney for Defendants SDR Garage, Inc.
& Francis Reyes

**The Blake Horwitz Law Firm, Ltd.**
Blake Horwitz, Esq.
216 S. Jefferson Street, Suite 101
Chicago, IL 60661
Phone: (312) 676-2100
Fax: (312) 445-8741

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS IMPAGLIAZZO and<br>CAMERON REGAN,<br><br>Plaintiffs,<br><br>v.<br><br>SDR GARAGE INC., *et. al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:24-cv-08430<br><br>Hon. Judge Joan B. Gottschall<br>Magistrate Judge Jeffrey T. Gilbert |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I served the above and foregoing **Defendants' Motion for Extension of Time** on all Parties on record using the ECF filing system.

Respectfully submitted,

***/s/Blake Horwitz***
Attorney for Defendants SDR Garage, Inc.
& Francis Reyes

**The Blake Horwitz Law Firm, Ltd.**
Blake Horwitz, Esq.
216 S. Jefferson Street, Suite 101
Chicago, IL 60661
Phone: (312) 676-2100
Fax: (312) 445-8741
bhorwitz@bhlfattorneys.com