**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS IMPAGLIAZZO and CAMERON REGAN, | ) | Case No.: 1:24-cv-08420 |
| Plaintiffs, | ) | Hon. Judge Joan B. Gottschall<br>Magistrate Judge Jeffrey T. Gilbert |
| v. | ) | |
| SDR GARAGE INC., *et. al.* | ) | |
| Defendants. | ) | |

**DEFENDANT SDR GARAGE AND FRANCIS REYES MOTION FOR LEAVE FOR ATTORNEY BLAKE HORWITZ TO APPEAR TELEPHONICALLY**

NOW COME the Defendants, SDR Garage and Francis Reyes, by and through one of their attorneys, Hayden L. Dinges, Esq., of The Blake Horwitz Law Firm, Ltd., and hereby requests leave for one of Defendants' counsels, Blake Horwitz, to appear telephonically at the February 11, 2026 status hearing. Plaintiff states the following in support:

On February 6, 2026, this Honorable Court confirmed an in-court status hearing in this matter for February 11, 2026. [Dkt. 84].

One of Defendants' counsels, Blake Horwitz, no longer resides in the State of Illinois.

Defendants' other counsel, Hayden Dinges, will be appearing in-person in court at the February 11, 2026 status hearing.

WHEREFORE, Defendants respectfully request that this Court grant this Motion and allow Defendants' counsel, Blake Horwitz, be allowed to appear telephonically at the February 11, 2026 status hearing.

Respectfully submitted,

***/s/Hayden L. Dinges***
Attorney for Defendants SDR Garage, Inc.
& Francis Reyes

**The Blake Horwitz Law Firm, Ltd.**
Hayden Dinges, Esq.
Blake Horwitz, Esq.
216 S. Jefferson Street, Suite 101
Chicago, IL 60661
Phone: (312) 676-2100
Fax: (312) 445-8741
bhorwitz@bhlfattorneys.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOUIS IMPAGLIAZZO and CAMERON REGAN, | ) | |
| | ) | Case No.: 1:24-cv-08420 |
| Plaintiffs, | ) | |
| | ) | Hon. Judge Joan B. Gottschall |
| v. | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| SDR GARAGE INC., *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I served the above and foregoing **Defendants' Motion to Appear Telephonically** on all Parties on record using the ECF filing system.

Respectfully submitted,

***/s/Hayden L. Dinges***
Attorney for Defendants SDR Garage, Inc. & Francis Reyes

**The Blake Horwitz Law Firm, Ltd.**
Hayden Dinges, Esq.
Blake Horwitz, Esq.
216 S. Jefferson Street, Suite 101
Chicago, IL 60661
Phone: (312) 676-2100
Fax: (312) 445-8741
bhorwitz@bhlfattorneys.com