**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAMERON REGAN and
LOUIS IMPAGLIAZZO,

Plaintiffs,

v.

CHRISTOPHER F. ADOLF,
VILLAGE OF LAKEMOOR,
FRANCIS JOSEPH Y. REYES, and
SDR GARAGE INC.,

Defendants.

Case No. 1:24-cv-08430

Hon. Joan B. Gottschall,
District Judge

Hon. Jeffrey T. Gilbert,
Magistrate Judge

## JOINT STATUS REPORT

The parties submit the following Joint Status Report pursuant to this Court's February 11, 2026 Order. (*See* Dkt. No. 89.)

### I. Status of Written Discovery

#### A. Party Discovery

Prior to the February 20, 2026 discovery supplementation deadline set by the Court, Plaintiffs served individual responses to Village Defendants' Interrogatories and Requests for Production, and Defendant Village of Lakemoor served its response to Plaintiffs' Requests for Production. Plaintiffs subsequently conferred with counsel for Village Defendants regarding the Village's production, and counsel indicated that he is looking into the specific custodians searched and search terms utilized.

At this time, several items remain outstanding, including SDR Defendants' supplemental responses to Plaintiffs' discovery requests and Defendant Village of

Lakemoor's responses to Plaintiff Impagliazzo's Interrogatories. Plaintiffs and SDR Defendants have cooperatively agreed to a thirty-day extension for Plaintiffs to respond to SDR Defendants' written discovery, which was served on February 4, 2026. Additionally, on February 23, 2026, Plaintiffs served their Third Set of Requests for Production on Defendant Village of Lakemoor, which is currently due by March 25, 2026.

On February 27, 2026, SDR Defendants produced a privilege log pursuant to the Court's February 11, 2026 Order, designating 98 documents withheld on the basis of attorney-client privilege. The parties intend to meet and confer regarding the specificity of the privilege log descriptions in an attempt to avoid the necessity of Court intervention.

### B. Third-Party Discovery

On February 23, 2026, Plaintiffs served subpoenas duces tecum on Guy R. Youman, Esq. and the McHenry County State's Attorney's Office, both with a return date of March 20, 2026. Plaintiffs have also served subpoenas duces tecum on Google LLC and GoDaddy.com, LLC seeking noncontent metadata, with a return date of March 30, 2026. The parties are awaiting responses to these requests.

## II. Status of Oral Discovery

Plaintiffs formally served a subpoena for testimony on Joselito Y. Reyes via personal service, and his remote deposition is now confirmed for March 19, 2026. Plaintiffs have also served a Rule 30(b)(6) deposition notice on Defendant Village of Lakemoor. The Village of Lakemoor will likely designate three individuals to testify

on the noticed topics: Village Administrator Todd Weihofen, a designee with knowledge of the Village's police practices, and a designee with knowledge of the Village's recordkeeping practices. The parties will work to schedule these depositions promptly, prioritizing the deposition of the Village's recordkeeping designee.

At this time, Plaintiffs anticipate deposing the following witnesses:

- Francis Joseph Y. Reyes
- Joselito Y. Reyes (March 19, 2026)
- Peter Put
- Guy R. Youman, Esq.
- Officer Christopher F. Adolf
- Assistant State's Attorney Maria Marek
- Former Assistant State's Attorney Sophia Dinkel
- Former Assistant State's Attorney Tyler Mikan
- Village of Lakemoor's Rule 30(b)(6) designees

At this time, Village Defendants anticipate deposing the following witnesses:

- Louis Impagliazzo
- Cameron Regan
- PNC Bank, National Association 30(b)(6) designee

At this time, SDR Defendants anticipate deposing the following witnesses:

- Louis Impagliazzo
- Cameron Regan

- Tracy Regan
- Any witnesses disclosed in Plaintiffs' discovery responses not yet tendered for which an extension was agreed to.

## III. Fact Discovery Deadline

Fact discovery is currently set to close on March 31, 2026. (*See* Dkt. No. 51.) Given developments in the case since that date was set, including the filing of dispositive motions, the parties jointly request a four-month extension of the fact discovery deadline, to July 31, 2026. (*See* Dkt. Nos. 60, 66.)

Dated: March 11, 2026

Respectfully submitted,

/s/ *Louis Impagliazzo*
Louis Impagliazzo
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (415) 969-9993
impagliazzo@uchicago.edu

/s/ *Cameron Regan*
Cameron Regan
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (312) 975-5776
regan@windypixel.com

/s/ *Eric A. Krumdick*
Eric A. Krumdick
Marzullo & Associates
161 North Clark Street, Ste 800
Chicago, Illinois 60601
+1 (312) 458-6500
ekrumdic@travelers.com
*Counsel for Defendants Christopher F. Adolf and Village of Lakemoor*

/s/ *Blake Horwitz*
Blake Horwitz

The Blake Horwitz Law Firm, Ltd.
216 S. Jefferson St., Ste 101
Chicago, Illinois 60661
+1 (312) 676-2100
bhorwitz@bhlfattorneys.com
*Counsel for Defendants Francis Joseph Y. Reyes and SDR Garage Inc.*