**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Cameron Regan, et al.

Plaintiff,

v.

Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall

Christopher F. Adolf, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2026:

MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court reviewed the parties' Joint Status Report [92]. For good cause shown given that written discovery responses remain outstanding, third−party discovery is proceeding, and the large number of witnesses the parties anticipate deposing, and despite the parties' efforts to meet the 3/31/26 fact discovery deadline [51], the Court grants the parties' joint request to extend the fact discovery deadline to 7/31/26. To the extent further extensions are needed for a party to respond to the written discovery requests referenced in the parties' last status report, any such extension should be requested by motion for good cause. The parties shall file an updated joint status report by 4/6/26 that addresses their continued progress with written discovery, including third party discovery. That status report also should identify any fact witness depositions taken to date (including any Rule 30(b)(6) depositions) and include any proposed or confirmed dates for other fact witness depositions that the parties and witnesses have calendared. The parties also should include in that status report a proposed modification to the expert discovery schedule set on 10/2/25 [51]. Defendants' response to Plaintiff's motion to compel [93] is due by 3/20/26. Plaintiffs' reply is due by 3/27/26. A motion hearing is set for 4/2/2026 at 11:00 a.m. in Courtroom 1386. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.