**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CAMERON REGAN and LOUIS IMPAGLIAZZO,<br><br>Plaintiffs,<br>v.<br><br>CHRISTOPHER F. ADOLF, VILLAGE OF LAKEMOOR, FRANCIS JOSEPH Y. REYES, and SDR GARAGE INC.,<br><br>Defendants. | Case No. 1:24-cv-08430<br><br>Hon. Joan B. Gottschall, District Judge<br><br>Hon. Karyn L. Bass Ehler, Magistrate Judge |

**JOINT STATUS REPORT**

The parties submit the following Joint Status Report pursuant to the Court's April 17, 2026 and May 27, 2026 Orders. (Dkt. Nos. 109, 116.)

## I. Status of Written Discovery

### A. Party Discovery

At the April 2, 2026 hearing on Plaintiff Impagliazzo's Motion to Compel, the Court ordered SDR Defendants to serve supplemental answers and verifications to certain interrogatories by April 16, 2026. (Dkt. No. 104.) On April 20, 2026, SDR Defendants served amended answers to those interrogatories. The next day, Plaintiff Impagliazzo sent SDR Defendants a Local Rule 37.2 letter regarding those answers. On May 15, 2026, Plaintiffs held a one-hour videoconference with counsel for SDR Defendants. The parties addressed Defendant Reyes's interrogatory answers and privilege log, and SDR Defendants' responses to Plaintiffs' Third Set of Requests for

Production. While the parties resolved multiple requests, they reached an impasse on a majority of issues. Plaintiffs anticipate filing a motion to compel discovery of SDR Defendants' financial condition, and intend to exhaust their meet-and-confer obligations on any additional disputes before seeking the Court's intervention.

Plaintiff Impagliazzo served his First Set of Interrogatories on Defendant Village of Lakemoor on November 7, 2025, and the Village served its responses on May 5, 2026. Plaintiffs served their Third Set of Requests for Production on Village of Lakemoor on February 23, 2026; the Village's responses remain outstanding. On May 20, 2026, Plaintiffs held a Local Rule 37.2 videoconference with counsel for Village Defendants addressing the interrogatory responses, the outstanding Third Set of RFPs, the supplementation of Village of Lakemoor's responses to Plaintiffs' Second Set of RFPs, Rule 30(b)(6) deposition scheduling, and ESI custodians, search terms, and repositories.

**B. Third-Party Discovery**

The McHenry County State's Attorney's Office, GoDaddy.com, LLC, and Google LLC have each complied with Plaintiff Impagliazzo's subpoenas duces tecum.

Guy R. Youman, Defendant Reyes's former attorney, has produced certain documents in response to Plaintiff Impagliazzo's subpoena duces tecum and has withheld the remaining documents on privilege grounds. Plaintiff Impagliazzo has held one Local Rule 37.2 conference with Mr. Youman and intends to continue conferring in an effort to resolve the dispute without court intervention.

On March 25, 2026, Village Defendants served a subpoena duces tecum on the

McHenry County Sheriff's Office, with a return date of April 9, 2026. The McHenry County Sheriff's Office has complied with that subpoena.

## II. Fact Witness Depositions

Plaintiffs deposed nonparty Joselito Y. Reyes on March 19, 2026. Counsel for SDR Defendants has agreed to produce Mr. Joselito Reyes for a continued deposition, which the parties will be working to schedule.

On February 23, 2026, Plaintiffs noticed Village of Lakemoor's Rule 30(b)(6) deposition. Counsel for Village Defendants has indicated Village of Lakemoor will produce three Rule 30(b)(6) designees. Plaintiffs are currently awaiting the identities of those designees and the proposed deposition dates.

Plaintiffs intend to depose the following additional witnesses before the close of fact discovery:

- Francis Joseph Y. Reyes
- Officer Christopher F. Adolf
- Guy R. Youman, Esq.
- Former ASA Tyler Mikan (late June to early July 2026)

SDR Defendants intend to depose Cameron Regan, Louis Impagliazzo, and nonparty Tracy Regan, whose deposition the parties are working to schedule. SDR Defendants are also reviewing Plaintiffs' discovery responses to determine any other fact witnesses to depose.

## III. Discovery Disputes and Proposed Briefing Schedules

SDR Defendants moved to compel execution of HIPAA authorizations on May

13, 2026. (Dkt. No. 112.) Plaintiffs' response to that Motion is due by June 3, 2026.

Dated: June 1, 2026

Respectfully submitted,

/s/ *Louis Impagliazzo*
Louis Impagliazzo
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (415) 969-9993
impagliazzo@uchicago.edu

/s/ *Cameron Regan*
Cameron Regan
1837 South Canalport Avenue
Chicago, Illinois 60616
+1 (312) 975-5776
regan@windypixel.com

/s/ *Eric A. Krumdick*
Eric A. Krumdick
Marzullo & Associates
161 North Clark Street, Ste 800
Chicago, Illinois 60601
+1 (312) 458-6500
ekrumdic@travelers.com
*Counsel for Defendants Christopher F. Adolf and Village of Lakemoor*

/s/ *Blake Horwitz*
Blake Horwitz
The Blake Horwitz Law Firm, Ltd.
216 S. Jefferson St., Ste 101
Chicago, Illinois 60661
+1 (312) 676-2100
bhorwitz@bhlfattorneys.com
*Counsel for Defendants Francis Joseph Y. Reyes and SDR Garage Inc.*