**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cameron Regan, et al.

                         Plaintiff,

v.                                                        Case No.: 1:24–cv–08430
                                                          Honorable Joan B. Gottschall

Christopher F. Adolf, et al.

                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

        MINUTE entry before the Honorable Karyn L Bass Ehler. Plaintiffs' Joint Motion for Leave to File Under Seal [133] is granted. Plaintiffs are given leave to file under seal an unredacted copy of their Joint Motion to Compel and unredacted copies of Exhibits 7 and 8. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.