**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cameron Regan, et al.

                         Plaintiff,

v.                                               Case No.: 1:24–cv–08430
                                                 Honorable Joan B. Gottschall

Christopher F. Adolf, et al.

                         Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 9, 2026:

     MINUTE entry before the Honorable Karyn L Bass Ehler. The Court sets the following briefing schedule on Plaintiffs' Joint Motion to Compel Financial Discovery from Defendants Francis Joseph Y. Reyes and SDR Garage Inc. [134]: Defendants' response is due by 7/22/26 and Plaintiffs' reply is due by 7/31/26. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.