**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cameron Regan, et al.

Plaintiff,

v.

Case No.: 1:24−cv−08430
Honorable Joan B. Gottschall

Christopher F. Adolf, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

MINUTE entry before the Honorable Karyn L. Bass Ehler. Defendants Officer Adolf's and Village of Lakemoor's Motion to Continue August 12, 2026 Hearing [154] is granted without opposition from Plaintiffs and other Defendants. The status hearing set for 8/12/26 is stricken and reset to a telephone status hearing on 8/4/26 at 11:00 a.m. The Court will discuss with the parties setting a date for a settlement conference in late August or September, and the parties shall be prepared to discuss dates when they and their clients are available to schedule a settlement conference. If any party or counsel has a conflict with the date and time for the status hearing, the parties shall meet and confer and jointly email the Court's courtroom deputy at jose_mejia@ilnd.uscourts.gov with other possible dates and times during the first week of August that all parties and counsel are available for a telephone status hearing with the Court. The call−in number is 650−479−3207 and the access code is 2317 061 5796#. Press # to bypass the Attendee ID number and security code. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line and must have the telephone muted until the case is called. Members of the public and media will be able to call in to listen to this hearing. Any persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jxm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.